MICHAEL L. GUISTI (Bar No. 200914)
**LAW OFFICE OF MICHAEL L. GUISTI**
10971 GARDEN GROVE BLVD., STE. E
GARDEN GROVE, CA 92843
Tel: (714)530-9690
Fax: (714)530-9684

**JS-6**

Attorney for Plaintiff MICHAEL JOHN PATTIN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHN PATTIN, individually<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF ORANGE; ROBERT GUSTAFSON; RAYMOND WINICK;CHARLES ROBERT GILBERT and DOES 1 to 10;<br><br>　　　　Defendants | Case No.: SACV08-00683-AG (CTx)<br><br>**Assigned for All Purposes to:**<br>Hon. Andrew J. Guilford<br><br>ORDER ON STIPULATION TO DISMISS FIRST AMENDED COMPLAINT AS AMENDED BY ORDER OF THIS COURT SEPTEMBER 22, 2009<br><br>DEPT.: 10C<br>TRIAL DATE: November 17, 2009 |

1. GOOD CAUSE thus appearing, the Court Orders that the FIRST AMENDED COMPLAINT as amended by this court's order on September 22, 2009, be dismissed with prejudice.

IT IS SO ORDERED.

DATED:　　October 15, 2009

By:_____
Hon. Andrew J. Guilford
United States District Court Judge